LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

September 29, 2026

**Via ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: *Fitzhenry v. Mattos Hospitality LLC, et al.*
Case No.: 1:26-cv-02453-MKV

Dear Judge Vyskocil:

We are counsel for Plaintiff and write jointly with Defendants (collectively, the "Parties") to respectfully request that the Court adjourn the Initial Pretrial Conference, currently scheduled for October 7, 2026, at 11:00 AM (Dkt. No. 15). This request is consented to by all Parties. This is the Parties' first joint request to adjourn the Initial Pretrial Conference.

The Parties respectfully request this adjournment because they have scheduled a class mediation with Martin F. Scheinman on November 2, 2026, and wish to focus their efforts on resolving this matter through mediation before appearing for the Initial Pretrial Conference.

The Parties respectfully propose that the Initial Pretrial Conference be adjourned to November 30, 2026, or to a date convenient for the Court, which would follow the Parties' scheduled mediation on November 2, 2026. The Parties further respectfully request that all related deadlines, including the deadline to submit the Proposed Case Management Plan and Scheduling Order and joint status letter, be adjourned accordingly.

We thank Your Honor for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
*C.K. Lee, Esq.*

cc: all parties via ECF

**GRANTED. SO ORDERED.**
**The Initial Pretrial Conference scheduled for October 7, 2026, [ECF No. 15], is hereby ADJOURNED until December 2, 2026 at 11:00 AM. Within three business days of the mediation, the parties shall file a letter advising of the status (but not the substance) of the settlement dialogue. Specifically, please advise the Court whether the case has settled, settlement talks have ended, or the parties are continuing to mediate.**

Date: October 1, 2026
New York, New York

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge